# Court of Appeals
# of the State of Georgia

ATLANTA, October 22, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0094 & A19A0095.  TRAVIS JOHNSON v. THE STATE.**

Travis Johnson pleaded guilty to several offenses, including armed robbery, robbery, and possession of a firearm during the commission of a crime in case number 2009-CR-214 and theft by taking in case number 2012-CR-59.  He has subsequently filed numerous motions alleging that his sentences are void.  The trial court has resolved all of those motions in favor of the State, and we have rejected Johnson's attempts to challenge the trial court's rulings.  See Case Nos. A17A0279, A17A0601, A17A0876, A17A1700, and A18D0547.  Johnson has now filed, in each of the above-referenced criminal cases, a "Motion to Nullify Indictment for Lack of Jurisdiction."  The trial court dismissed the motions, and Johnson filed these appeals.

A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed.  See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  A direct appeal may lie from the denial of a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is void.  See *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).

Here, Johnson's motions do not allege that his sentences exceed the maximum

allowed by law.  Instead, Johnson alleges that the trial court lacked jurisdiction to enter his convictions.  This is not a valid void-sentence argument.  Accordingly, Johnson's appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   10/22/2018         *
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*